IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSE LOPEZ-FLORES, )
)
   Plaintiff, )
)
v. ) Civil Action No. 3:18CV83–HEH
)
HAROLD W. CLARKE, *et al.*, )
)
   Defendants. )

## MEMORANDUM OPINION
### (Dismissing the Action Without Prejudice)

Jose Lopez-Flores, proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. Lopez-Flores has not contacted the Court since July 13, 2018. Accordingly, by Memorandum Opinion and Order entered February 28, 2019 the Court informed Lopez-Flores that if he still wished to litigate this matter he must write to the Court and express that desire within twenty (20) days of the date of entry thereof. More than twenty (20) days have elapsed since the entry of the February 28, 2019 Memorandum Opinion and Order. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                  /s/
                                      Henry E. Hudson
Date: March 25, 2019             Senior United States District Judge
Richmond, Virginia